IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SEEFELDT,

        Plaintiff,                No. CIV S-10-247 GGH P

    vs.

CALIFORNIA FORENSIC MEDICAL
GROUP, et al.,

        Defendants.         ORDER

                                  /

        On February 1, 2010, plaintiff filed a civil rights action and an application to proceed in forma pauperis. At that time, plaintiff was housed at the Solano County Jail. On February 12, 2010, plaintiff filed a notice of change of address indicating that he has been transferred to the Deuel Vocational Institution (DVI).

        Plaintiff's in forma pauperis application was certified by officials at the Solano County Jail. Because plaintiff has been transferred to DVI, he must submit an amended in forma pauperis application certified by prison officials so that the filing fee may be deducted from his prison trust account.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall submit an amended in forma pauperis application;

2. The Clerk of the Court shall send plaintiff the form for an application to proceed in forma pauperis by a prisoner.

DATED: March 2, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

see247.ord